| **Fill in this information to identify the case:** |
|---|

| | |
|---|---|
| Debtor 1 | Ferras Medlij & Zakie Medlij |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 1942087 |

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. **File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**
Wells Fargo Bank, N.A.

**Court claim no.** (if known): 6-1

**Date of payment change:**
Must be at least 21 days after date of this notice            06/01/2020

**New total payment:**
Principal, interest, and escrow, if any    $975.06

**Last 4 digits** of any number you use to identify the debtor's account:    4  7  8  4

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $ 391.49            New escrow payment: $ 462.27

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: _____ %            New interest rate: _____ %

Current principal and interest payment: $ _____            New principal and interest payment: $ _____

| **Part 3:** | **Other Payment Change** |
|---|---|

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    *(Court approval may be required before the payment change can take effect.)*
Reason for change:

Current mortgage payment: $ _____            New mortgage payment: $ _____

19-42087-lsg    Doc 46    Filed 04/24/20    Entered 04/24/20 16:20:39    Page 1 of 6

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Georgeann M Sandstrom _____    Date ___04/24/2020___

 Signature

Print: Sandstrom, Georgeann M _____    VP Loan Documentation _____

 First Name        Middle Name        Last Name     Title

Company  Wells Fargo Bank, N.A. _____

Address  MAC N9286-01Y _____

 Number        Street

 1000 Blue Gentian Road _____

 Address 2

 Eagan                    MN    55121-7700

 City                    State    ZIP Code

Contact phone  800-274-7025 _____    NoticeOfPaymentChangeInquiries@wellsfargo.com _____

 Email



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

**Statement Date:** April 9, 2020
**Loan number:** 
**Property address:**
6963  HIGHVIEW ST
DEARBORN HEIGHTS MI 48127

FERRAS MEDLIJ
6963 HIGHVIEW ST
DEARBORN HEIGHTS MI 48127-2161

**Customer Service**

 **Online**
wellsfargo.com

**Correspondence**
PO Box 10335
Des Moines, IA 50306

 **To learn more, go to:**
wellsfargo.com/escrow

**Telephone**
1-800-340-0473

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

We accept telecommunications relay service calls

**PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.**

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:
- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **June 1, 2020** payment, the contractual portion of the escrow payment **increases**.

> ## The escrow account has a shortage of $524.58

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

|  | Previous payment through 05/01/2020 payment date | New payment beginning with the 06/01/2020 payment |
|---|---|---|
| Principal and/or interest | $512.79 | $512.79 |
| Escrow payment | $391.49 | $462.27 |
| Total payment amount | $904.28 | $975.06 |

**Option 1: No action required**

Starting **June 1, 2020** the new contractual payment amount will be **$975.06**

### Option 2 — Pay the shortage amount of $524.58

|  | Previous payment through 05/01/2020 payment date | New payment beginning with the 06/01/2020 payment |
|---|---|---|
| Principal and/or interest | $512.79 | $512.79 |
| Escrow payment | $391.49 | $418.55 |
| Total payment amount | $904.28 | $931.34 |

**Option 2: Pay shortage in full**

Starting **June 1, 2020** the new contractual payment amount will be **$931.34**

See Page 2 for additional details.



FERRAS MEDLIJ

Wells Fargo Home Mortgage
PO Box 14538
Des Moines, IA 50306-3538

*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for $524.58 to the address that appears on this coupon.

This payment must be received no later than **June 1, 2020**.

**Loan Number:**

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $2,416.09. For the coming year, we expect the amount paid from escrow to be $5,022.63.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

| | 06/18 - 05/19 (Actual) | 04/19 - 03/20 (Actual) | 12/19 - 04/20 (Actual) | 06/20 - 05/21 (Projected) | | # of months | | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $2,597.14 | $2,651.03 | $769.34 | $2,651.03 | ÷ | 12 | = | $220.92 |
| **Property insurance** | $703.00 | $1,832.00 | $1,129.00 | $1,129.00 | ÷ | 12 | = | $94.08 |
| **Total taxes and insurance** | $3,300.14 | $4,483.03 | $1,898.34 | $3,780.03 | ÷ | 12 | = | $315.00 |
| **Escrow shortage** | $89.01 | $0.00 | $104.80 | $524.58 | ÷ | 12 | = | $43.72** |
| **Mortgage insurance** | $1,279.95 | $1,251.24 | $517.75 | $1,242.60 | ÷ | 12 | = | $103.55 |
| **Total escrow** | $4,669.10 | $5,734.27 | $2,520.89 | $5,547.21 | ÷ | 12 | = | $462.27 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| | | | |
|---|---|---|---|
| Lowest projected escrow balance  July, 2020 | | **$105.42** | (Calculated in Part 3 - Escrow account projections table) |
| Minimum balance for the escrow account† | - | **$630.00** | (Calculated as: $315.00  X 2 months) |
| **Escrow shortage** | = | **-$524.58** | |

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12 (this amount does not include mortgage insurance). We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Part 3 - Escrow account projections

**Escrow account projections from June, 2020 to May, 2021**

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| May 2020 | | | Starting balance | $1,357.11 | $1,881.69 |
| Jun 2020 | $418.55 | $103.55 | FHA Insurance | $1,672.11 | $2,196.69 |
| Jul 2020 | $418.55 | $103.55 | FHA Insurance | $1,987.11 | $2,511.69 |
| Jul 2020 | $0.00 | $1,881.69 | DEARBORN HEIGHTS CITY(5) | $105.42 | $630.00 |
| Aug 2020 | $418.55 | $103.55 | FHA Insurance | $420.42 | $945.00 |
| Sep 2020 | $418.55 | $103.55 | FHA Insurance | $735.42 | $1,260.00 |
| Oct 2020 | $418.55 | $103.55 | FHA Insurance | $1,050.42 | $1,575.00 |
| Nov 2020 | $418.55 | $103.55 | FHA Insurance | $1,365.42 | $1,890.00 |
| Dec 2020 | $418.55 | $103.55 | FHA Insurance | $1,680.42 | $2,205.00 |
| Dec 2020 | $0.00 | $769.34 | DEARBORN HEIGHTS CITY(5) | $911.08 | $1,435.66 |
| Jan 2021 | $418.55 | $103.55 | FHA Insurance | $1,226.08 | $1,750.66 |
| Feb 2021 | $418.55 | $103.55 | FHA Insurance | $1,541.08 | $2,065.66 |
| Mar 2021 | $418.55 | $103.55 | FHA Insurance | $1,856.08 | $2,380.66 |
| Apr 2021 | $418.55 | $103.55 | FHA Insurance | $2,171.08 | $2,695.66 |
| Apr 2021 | $0.00 | $1,129.00 | AAA INSURANCE | $1,042.08 | $1,566.66 |
| May 2021 | $418.55 | $103.55 | FHA Insurance | $1,357.08 | $1,881.66 |
| Totals | $5,022.60 | $5,022.63 | | | |

## Part 4 - Escrow account history

**Escrow account activity from December, 2019 to May, 2020**

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Dec 2019 | | | | | | | Starting Balance | $1,527.81 | $1,675.34 | -$147.53 |
| Dec 2019 | $391.49 | $382.76 | $8.73 | $0.00 | $103.55 | -$103.55 | FHA Insurance | $1,919.30 | $1,954.55 | -$35.25 |
| Dec 2019 | $0.00 | $0.00 | $0.00 | $769.34 | $765.91 | $3.43 | DEARBORN HEIGHTS CITY(5) | $1,149.96 | $1,188.64 | -$38.68 |
| Dec 2019 | $0.00 | $0.00 | $0.00 | $103.55 | $0.00 | $103.55 | FHA Insurance | $1,046.41 | $1,188.64 | -$142.23 |
| Jan 2020 | $391.49 | $382.76 | $8.73 | $0.00 | $103.55 | -$103.55 | FHA Insurance | $1,437.90 | $1,467.85 | -$29.95 |
| Jan 2020 | $0.00 | $0.00 | $0.00 | $103.55 | $0.00 | $103.55 | FHA Insurance | $1,334.35 | $1,467.85 | -$133.50 |
| Feb 2020 | $0.00 | $382.76 | -$382.76 | $0.00 | $103.55 | -$103.55 | FHA Insurance | $1,334.35 | $1,747.06 | -$412.71 |
| Feb 2020 | $0.00 | $0.00 | $0.00 | $103.55 | $0.00 | $103.55 | FHA Insurance | $1,230.80 | $1,747.06 | -$516.26 |
| Mar 2020 | $391.49 | $382.76 | $8.73 | $0.00 | $103.55 | -$103.55 | FHA Insurance | $1,622.29 | $2,026.27 | -$403.98 |
| Mar 2020 | $0.00 | $0.00 | $0.00 | $103.55 | $0.00 | $103.55 | FHA Insurance | $1,518.74 | $2,026.27 | -$507.53 |
| Mar 2020 | $0.00 | $0.00 | $0.00 | $1,129.00 | $0.00 | $1,129.00 | AAA INSURANCE | $389.74 | $2,026.27 | -$1,636.53 |
| Apr 2020 (estimate) | $782.98 | $382.76 | $400.22 | $0.00 | $103.55 | -$103.55 | FHA Insurance | $1,172.72 | $2,305.48 | -$1,132.76 |
| Apr 2020 | $0.00 | $0.00 | $0.00 | $0.00 | $703.00 | -$703.00 | AAA INSURANCE | $1,172.72 | $1,602.48 | -$429.76 |
| Apr 2020 | $0.00 | $0.00 | $0.00 | $103.55 | $0.00 | $103.55 | FHA Insurance | $1,069.17 | $1,602.48 | -$533.31 |
| May 2020 (estimate) | $391.49 | $382.76 | $8.73 | $103.55 | $103.55 | $0.00 | FHA Insurance | $1,357.11 | $1,881.69 | -$524.58 |
| Totals | $2,348.94 | $2,296.56 | $52.38 | $2,519.64 | $2,090.21 | $429.43 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  9/19